**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Patricia D. Sanchez

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA D. SANCHEZ, ) | 1:06- CV-01275 AWI NEW (DLB) |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO EXTEND TIME |
| JO ANNE B. BARNHART, ) Commissioner of Social Security, ) | |
| Defendant. ) | |

Plaintiff can not meet the deadline for filing plaintiff's opening brief which is due on March 14, 2007, and is therefore requesting that Plaintiff shall have until April 14, 2007 in which to file her opening brief.

Dated: March __14__, 2007          /s/ Robert Ishikawa
                                   _____
                                   ROBERT ISHIKAWA
                                   Attorney for Plaintiff, Roger C. Worley

Dated: March __14__, 2007          /s/ Deborah Lee Stachel
                                   _____
                                   Deborah Lee Stachel
                                   Assistant Regional Council

   IT IS SO ORDERED.

   **Dated:   March 15, 2007**          **/s/ Dennis L. Beck**
9b0hie                             UNITED STATES MAGISTRATE JUDGE

1