**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Patricia D. Sanchez

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA D. SANCHEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | 1:06- CV-01275 LJO NEW (DLB)<br><br>STIPULATION AND ORDER TO EXTEND TIME |

　　　　Plaintiff can not meet the deadline for filing plaintiff's opening brief which is due on April 14, 2007, and is therefore requesting that Plaintiff shall have until May 14, 2007 in which to file her opening brief.

Dated: April __19__, 2007        /s/ Robert Ishikawa
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ROBERT ISHIKAWA
　　　　　　　　　　　　　　　　　Attorney for Plaintiff, Roger C. Worley

Dated: April __19__, 2007        /s/ Deborah Lee Stachel
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Deborah Lee Stachel
　　　　　　　　　　　　　　　　　Assistant Regional Council

　　　　IT IS SO ORDERED.

　　　　Dated:  **April 19, 2007**        **/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1