UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICIA D. SANCHEZ, | ) | 1:06cv1275 LJO DLB |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS AND |
| Plaintiff, | ) | RECOMMENDATION |
| | ) | |
| v. | ) | (Document 25) |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

On October 9, 2007, the Magistrate Judge issued Findings and Recommendation that Plaintiff's appeal from the administrative decision of the Commissioner of Social Security be denied. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within fifteen (15) days of the date of service of the order. Over fifteen (15) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued October 7, 2007, is ADOPTED IN FULL; and

2. The appeal is DENIED. Judgment SHALL be entered for Defendant Michael J. Astrue, Commissioner of Social Security, and against Plaintiff Patricia D. Sanchez.

This terminates this action in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:   October 29, 2007**                              /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE